UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**BRIAN HADLEY**,                                        Civil Case No. 3:12-CV-00718-KI

          Plaintiff,                                JUDGMENT

     v.

**CAROLYN W. COLVIN**, Acting
Commissioner, Social Security
Administration,

          Defendant.

     Merrill Schneider
     Schneider Caver Law Offices
     P.O. Box 14490
     Portland, OR 97293

         Attorney for Plaintiff

     S. Amanda Marshall
     United States Attorney
     District of Oregon
     Adrian L. Brown

Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, OR 97201-2902

Franco L. Becia
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 SW Fifth Ave., Suite 2900 M/S 221A
Seattle, WA 98104-7075

      Attorneys for Defendant


KING, Judge:

      Based on the record, the decision of the Commissioner is reversed.  The case is remanded

for a finding of disability.


      IT IS SO ORDERED.

      DATED this ____9th____ day of April, 2013.


                      /s/ Garr M. King
                      Garr M. King
                      United States District Judge