UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**BRIAN HADLEY**,                                            Civil Case No. 3:12-CV-00718-KI

        Plaintiff,                                   JUDGMENT

    v.

**CAROLYN W. COLVIN**, Acting
Commissioner, Social Security
Administration,

        Defendant.

    Merrill Schneider
    Schneider Caver Law Offices
    P.O. Box 14490
    Portland, OR 97293

        Attorney for Plaintiff

    S. Amanda Marshall
    United States Attorney
    District of Oregon
    Adrian L. Brown

Page 1 - JUDGMENT

Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, OR 97201-2902

Franco L. Becia
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 SW Fifth Ave., Suite 2900 M/S 221A
Seattle, WA 98104-7075

       Attorneys for Defendant

KING, Judge:

       Based on the record, the decision of the Commissioner is reversed. The case is remanded for a finding of disability.

       IT IS SO ORDERED.

       DATED this     9th     day of April, 2013.

                                              /s/ Garr M. King
                                              Garr M. King
                                              United States District Judge